BRYAN SCHRODER
United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 4:20-cr-00014-RRB-SAO |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) FELON IN POSSESSION OF A |
| vs. | ) FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| ETHAN KERR, | ) 924(a)(2) |
| | ) |
| Defendant. | ) COUNT 2: |
| | ) THEFT OF A FIREARM |
| | )   Vio. of 18 U.S.C. § 924(l) |
| | ) |
| | ) COUNT 3: |
| | ) POSSESSION OF A STOLEN |
| | ) FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(j) and |
| | ) 924(a)(2) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Between on or about July 9, 2020, and on or about July 10, 2020, within the District of Alaska, at or near Cantwell, the defendant, ETHAN KERR, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a .44-caliber Smith & Wesson revolver.

### Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| September 25, 2018 | Burglary - First Degree AS 11.46.300(a)(1) | Superior Court for the State of Alaska at Palmer | 3PA-18-00936CR |
| May 13, 2013 | Assault - Third Degree AS 11.41.220(a)(1)(B) | Superior Court for the State of Alaska at Aniak | 4AK-12-00136CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 2

Between on or about July 9, 2020 and July 10, 2020, within the District of Alaska, at or near Cantwell, the defendant, ETHAN KERR, knowingly stole and converted to his own use a firearm that had been transported in interstate or foreign commerce, to wit:, a .44-caliber Smith & Wesson revolver, with intent to deprive the owner of the use or benefit of the firearm.

All of which is in violation of 18 U.S.C. § 924(l).

COUNT 3

Between on or about July 9, 2020 and July 10, 2020, within the District of Alaska, at or near Cantwell, the defendant, ETHAN KERR, knowingly possessed and concealed a stolen firearm to wit: a .44-caliber Smith & Wesson revolver, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
DANIEL DOTY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: October 21, 2020